In the Matter of the Claim of PAULETTE M. ZERRILLO, Appellant. COMMISSIONER OF LABOR, Respondent. [935 NYS2d 916]—

It is well settled that quitting in response to criticism by a supervisor or in anticipation of discharge does not constitute good cause for leaving one's employment (*see Matter of Follett [Commissioner of Labor]*, 87 AD3d 1233, 1234 [2011]; *Matter of Hull [Commissioner of Labor]*, 77 AD3d 1012, 1013 [2010]; *Matter of Santiago [Commissioner of Labor]*, 308 AD2d 674 [2003]; *Matter of Bradley [Hudacs]*, 190 AD2d 949, 950 [1993]). Based upon this record, we find that the Board's decision that claimant voluntarily left her employment without good cause is supported by substantial evidence and must be upheld (*see Matter of Seiglar [Commissioner of Labor]*, 51 AD3d 1118, 1118 [2008]; *Matter of Santiago [Commissioner of Labor]*, 308 AD2d at 674).

Spain, J.P., Lahtinen, Kavanagh, McCarthy and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.